**Jeffrey Lamont TAYLOR,
Plaintiff–Appellant,**

v.

**SALINAS VALLEY STATE PRISON;
et al., Defendants–Appellees.**

No. 06–15988.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2007.[*]

Filed Aug. 21, 2007.

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

418

is no abstract freestanding right to a law library and that the inmate must demonstrate that his efforts to pursue a legal claim were hindered).

Taylor's remaining contentions are without merit.

**AFFIRMED.**

Jeffrey Lamont Taylor, Soledad, CA, pro se.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jeffrey Lamont Taylor, a California state prisoner, appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging prison officials violated his First Amendment rights by denying him access to the law library. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal under 28 U.S.C. § 1915A de novo. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed Taylor's claim that he was denied access to the prison library and thus deprived of a fair trial, because Taylor could not demonstrate any actual injury. *See Lewis v. Casey,* 518 U.S. 343, 351, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (finding that there

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.